UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

PALLEN MARTIAL ARTS, LLC, et al.,

Plaintiffs,

v.

SAMAR SHIRMOHAMADI, et al.,

Defendants.

Case No.  14-cv-02433-JST

**ORDER SETTING TIME FOR DEFENDANT TO FILE REQUEST FOR CLARIFICATION**

Re: Dkt. No. 37, Case No. 13-cv-05898-JST

At the May 28, 2014 case management conference, counsel for Defendant asked to file a request for clarification regarding ECF No. 37 in Case No. 13-cv-05898-JST.  Counsel for Defendant shall file this request by June 11, 2014.

**IT IS SO ORDERED.**

Dated: May 28, 2014

_____
JON S. TIGAR
United States District Judge

United States District Court
Northern District of California