James A. Lassart – 40913
Adrian G. Driscoll – 95468
James F. Monagle – 236638
MURPHY, PEARSON, BRADLEY & FEENEY
88 Kearny Street, 10th Floor
San Francisco, CA  94108-5530
Tel:    (415) 788-1900
Fax:    (415) 393-8087

Attorneys for Defendants
SAMAR SHIRMOHAMADI, MANUCHEHR SHIRMOHAMADI, and MARJAN MAHJOURI

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| PALLEN MARTIAL ARTS, LLC, a California limited liability company,<br><br>    Plaintiff,<br><br>v.<br><br>SAMAR SHIRMOHAMADI; MANUCHEHR SHIRMOHAMADI; MARJAN MAHJOURI,<br><br>    Defendants. | Case No.: 14-cv-02433-JST<br><br>Related Case Nos.:  13-cv-05898 JST<br>                              14-cv-02742-JST<br><br>**[PROPOSED]** ORDER EXTENDING MEDIATION DEADLINE<br><br>Complaint Filed:   May 23, 2014<br>Trial Date:           October 19, 2015 |

1   PURSUANT TO THE FOREGOING STIPULATION, and good cause appearing therefor, the
2   Court hereby grants the Parties additional time to complete mediation in this matter.  The parties shall
3   complete mediation on or before September 5, 2014.

5   IT IS SO ORDERED.

7   DATED:  July 16, 2014,

*IT IS SO ORDERED*
*Judge Jon S. Tigar*

- 1 -

ORDER EXTENDING MEDIATION DEADLINE                                                      Case No.: 14-cv-02433-JST